IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM M. PICKARD, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-366-RAH-SMD |
| | ) |
| STEVE MARSHALL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On August 18, 2023, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 33.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. The Recommendation (Doc. 33) is ADOPTED;

2. The Motions to Dismiss (Docs. 22 & 26) filed by Defendants are GRANTED.

3. The Amended Complaint (Doc. 20) is DISMISSED in its entirety with prejudice.

4.  The Motion to Compel (Doc. 28) and Motion for Disclosure (Doc. 31) are DENIED as MOOT.

DONE, on this the 13th day of September 2023.

                                                R. AUSTIN HUFFAKER, JR.
                                                UNITED STATES DISTRICT JUDGE